## FEDERAL RESERVE BANK OF PHILADELPHIA v. OCEAN CITY, N. J.

### No. 6368.

Circuit Court of Appeals, Third Circuit.

Dec. 6, 1937.

For former opinion, see 91 F.2d 635.

MacCoy, Brittain, Evans· & Lewis, of Philadelphia, Pa., for appellant.

Bourgeois & Coulomb, of Atlantic City, N. J., for appellee.

Before THOMPSON and BIGGS, Circuit Judges, and DICKINSON, District Judge.

PER CURIAM.

In Federal Reserve Bank of Philadelphia v. Ocean City, N. J., 91 F.2d 635, our opinion concluded with the sentence: "The judgment of the court below is reversed."

As was stated by this court in Kosak v. United States, 54 F.2d 72, a mandate which orders judgment reversed may imply a direction for a new trial. In the instant case we intended that the cause be resubmitted to a jury and therefore direct that our opinion and mandate be so construed.